UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **Dalvinson Antonio Peguero,** <br> **Defendant.** | Crim. No. 15cr10362 <br><br> Violation: <br> Unlawful Re-Entry, <br><br> 8 U.S.C. § 1326 |

## INDICTMENT

**COUNT ONE:**   (8 U.S.C. § 1326--Unlawful Re-entry of Deported Alien)

The Grand Jury charges that:

On or about October 12, 2015, in or about Boston, in the District of Massachusetts,

DALVINSON ANTONIO PEGUERO,

defendant herein, being an alien and having been excluded, removed, and deported from the United States on or about June 3, 2014, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) & (b)(2); and Title 6, United States Code, Sections 202(3)-(4), and 557.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

_____
Suzanne Sullivan Jacobus
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; November 19, 2015

Returned into the District Court by the Grand Jurors and filed.

_____   1:41pm
DEPUTY CLERK